AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Eric Michael Payne<br><br>*Defendant* | ) ) ) ) ) ) | Case No. 3:25 mj 0365<br><br>MAGISTRATE JUDGE SILVAIN |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Eric Michael Payne                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, §§ 846 and 841(b)(1)(A) (knowing and intentional conspiracy to possess with intent to distribute and to distribute controlled substances – namely, 400 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance)

Title 18, United States Code, § 1956(h) (conspiracy to transmit or transfer funds from a place in the United States to or through a place outside of the United States for with the intent to promote the carrying on of specified unlawful activity).

Date: 8/21/25

*Issuing officer's signature*

City and state:  Dayton, Ohio

United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 21 Aug 25 , and the person was arrested on *(date)* 22 Aug 25
at *(city and state)* Tipp City, OH                           .

Date: 22 Aug 25

*Arresting officer's signature*

Jordan Gwula, SA, FBI
*Printed name and title*